IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RENEE COATS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CV-1272 |
| | ) | Jury Demand |
| MIDDLE TENNESSEE | ) | |
| AMBULATORY SURGERY CENTER, | ) | |
| LP | ) | Judge Haynes |
| | ) | Magistrate Bryant |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have settled all claims asserted by the parties in this case;

IT HEREBY IS ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all claims that Plaintiff has pending against Defendant are dismissed with prejudice. Court costs, if any, shall be taxed to Defendant.

IT IS SO ORDERED.

BY THE COURT:

_[signature]_

9-2-14

- 1 -
N CKG 1405471 v1
2832072-000230 08/27/2014
Case 3:13-cv-01272   Document 18   Filed 08/29/14   Page 1 of 2 PageID #: 48